No. 83–7010. DEPRIEST v. PUETT, COMMISSIONER, TENNESSEE DEPARTMENT OF HUMAN SERVICES, ET AL. Ct. App. Tenn. Certiorari denied. 

No. 83–7017. GANN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 83–7025. LUCIEN v. MCGINNIS, WARDEN. C. A. 7th Cir. Certiorari denied. 

No. 83–7044. MAYS v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 83–7048. SHABAZZ v. BROWN ET AL. C. A. 10th Cir. Certiorari denied.

No. 84–104. REDHOUSE v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. 

No. 84–113. HEIGHTS COMMUNITY CONGRESS v. VETERANS ADMINISTRATION. C. A. 6th Cir. Certiorari denied. 

No. 84–114. AMIDON ET AL. v. WEINBERGER, SECRETARY OF DEFENSE, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 84–140. HOLLIDAY v. SECURITIES AND EXCHANGE COMMISSION. C. A. 6th Cir. Certiorari denied. 

No. 84–184. WILLIAMS PIPE LINE CO. v. FARMERS UNION CENTRAL EXCHANGE, INC., ET AL.;

No. 84–185. TEXAS EASTERN TRANSMISSION CORP. v. FARMERS UNION CENTRAL EXCHANGE, INC., ET AL.; and

No. 84–186. ASSOCIATION OF OIL PIPE LINES v. FARMERS UNION CENTRAL EXCHANGE, INC., ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 236 U. S. App. D. C. 203, 734 F. 2d 1486.

No. 84–195. OHIO POWER CO. v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 6th Cir. Certiorari denied. 

No. 84–201. URBANEK ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.